UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80898-CIV-MARRA/JOHNSON

WILLIAM J. ZINNI,

Plaintiff ,

vs.

WEST ASSET MANAGEMENT, INC.,

Defendant.

_____/

**ORDER**

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal With

Prejudice [DE 4], filed September 5, 2008.  The Court has reviewed the court file and is

otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Clerk is directed to **CLOSE** this

case and all pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida this 8th day of

September 2008.

_____
KENNETH A. MARRA
United States District Judge